1

2

3

4

5

6

7

8                          United States District Court

9                        Eastern District of California

10

11

12  Alfred Vincent Ambriz,

13          Plaintiff,                    No. Civ. S 05-1298 DFL PAN P

14      vs.                               Notice

15  Scott Kernan,

16          Defendant.

17                                  -oOo-

18      Plaintiff is a prisoner, without counsel, seeking leave to

19  commence an action against prison officials for civil rights

20  violations in forma pauperis pursuant to 28 U.S.C. § 1915(a).

21  This proceeding was referred to this court by Local Rule 72-302

22  pursuant to 28 U.S.C. § 636(b)(1).  Pursuant to 28 U.S.C.

23  § 1915(b)(1), plaintiff must pay the $250 filing fee required by

24  28 U.S.C. § 1914(a).  Plaintiff has been assessed an initial

25  payment of $2.80.  Thereafter, plaintiff must make monthly

26  payments of 20 percent of the preceding month's income

1   credited to his trust account.  28 U.S.C. § 1915(b)(2).  The

2   agency having custody of plaintiff is required to forward

3   payments from plaintiff's account to the clerk of the court each

4   time the amount in the account exceeds $10 until the filing fee

5   is paid.

6        The clerk of the court shall serve a copy of this notice and

7   a copy of plaintiff's in forma pauperis application upon the

8   Director of the California Department of Corrections and deliver

9   a copy of this notice to the clerk's financial division.

10       Dated:  July 12, 2005.

11                                  /s/ Peter A. Nowinski
                                   PETER A. NOWINSKI
12                                 Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26