ambr1298.dny ifp

United States District Court

Eastern District of California

Alfred Vincent Ambriz,

      Plaintiff,                    No. Civ. S 05-1298 DFL PAN P

  vs.                              Order

Scott Kernan, et al.,

      Defendants.

-oOo-

    July 13, 2005, I granted plaintiff leave to proceed in forma pauperis.  September 13, 2005, plaintiff filed a motion to proceed in forma pauperis.  Accordingly, I deny plaintiff's September 13, 2005, motion.

    So ordered.

    Dated:  October 20, 2005.

                                  /s/ Peter A. Nowinski
                                  PETER A. NOWINSKI
                                  Magistrate Judge