United States District Court

Eastern District of California

Alfred Vincent Ambriz,

    Plaintiff,                    No. Civ. S 05-1298 DFL PAN P

  vs.                              Order

Scott Kernan, et al.,

    Defendants.

-oOo-

Pursuant to my November 23, 2005, order, plaintiff has filed a second-amended compliant.

The complaint states cognizable claims for relief against all defendants pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).

Accordingly, the court hereby orders that:

1. Service is appropriate for defendants Scott Kernan, Hill, Holmes, Kennedy and Ibarra.

2. The Clerk of the Court shall send plaintiff five USM-285 forms, one summons, an instruction sheet and one copy of the January 5, 2006, pleading.

3. Within 30 days from service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit it to the court with the completed summons and USM-285

1  forms and six copies of the January 5, 2006, pleading.
2       4.  Upon receipt of the necessary materials, the court will
3  direct the United States Marshal to serve defendants Scott
4  Kernan, Hill, Holmes, Kennedy and Ibarra pursuant to Federal Rule
5  of Civil Procedure 4 without payment of costs.
6       So ordered.
7       Dated:  February 9, 2006.

                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge

United States District Court

Eastern District of California

| | | |
|---|---|---|
| Alfred Vincent Ambriz, | | |
| | Plaintiff, | No. Civ. S 05-1298 DFL PAN P |
| vs. | | Notice of Submission of Documents |
| Scott Kernan, et al., | | |
| | Defendants. | |

-oOo-

Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

   __1__    completed summons form

   __5__    completed forms USM-285

   __6__    copies of the __January 5, 2006__
                                 Amended Complaint

Dated: _____

                                    _____
                                    Plaintiff