IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ALFRED VINCENT AMBRIZ,** | 2:05-cv-01298 DFL PAN P |
| Plaintiff, | ~~**PROPOSED**~~ **ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT** |
| v. | |
| **SCOTT KERNAN, et al.,** | |
| Defendants. | |

Defendants' first request for an extension of time to file and serve a response to Plaintiff's second amended complaint was considered by this Court, and good cause appearing,

**IT IS HEREBY ORDERED** that Defendants have until July 12, 2006, to file a response.

Dated: May 10, 2006.

UNITED STATES MAGISTRATE JUDGE

1