IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ALFRED VINCENT AMBRIZ,**<br><br>                           Plaintiff,<br><br>v.<br><br>**SCOTT KERNAN, et al.,**<br><br>                           Defendants. | 2:05-cv-1298 DFL PAN<br><br>**ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S SECOND AMENDED COMPLAINT** |

      Defendants' second request for an extension of time to file and serve a response to Plaintiff's second amended complaint was considered by the Court, and good cause appearing,

      IT IS HEREBY ORDERED that Defendants have to and including July 26, 2006, in which to file a response to Plaintiff's second amended complaint.

Dated: July 20, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

ambr1298.eot.wpd

[Proposed] Order Granting Defendants's Second Request for Extension of Time

1