IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALFRED VINCENT AMBRIZ,

    Plaintiff,                      No. CIV S-05-1298 DFL EFB P

    vs.

SCOTT KERNAN, et al.,

    Defendants.            ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On January 25, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed January 25, 2007, are adopted in full;

2. Defendant's July 19, 2006 motion to dismiss is denied; and

3. Defendant shall, within 30 days from the date of this order, file and serve an answer to the amended complaint.

DATED:   March 20, 2007

/s/ David F. Levi
UNITED STATES DISTRICT JUDGE

/