IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALFRED VINCENT AMBRIZ,

     Plaintiff,                       No. CIV S-05-1298 DFL EFB P

     vs.

SCOTT KERNAN, et al.,

     Defendants.              ORDER

_____/

     Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On May 10, 2007, plaintiff filed requests for production of documents.

     Interrogatories, requests for production, requests for admission, responses and proofs of service thereof "shall not be filed with the clerk until there is a proceeding in which the document or proof of service is at issue. When required in a proceeding, only that part of the request and response that is in issue shall be filed." Local Rules 33-250(c), 34-250(c) & 36-250(c).

     Plaintiff's May 10, 2007, requests for production of documents, docket number 40, are stricken and the Clerk of the Court shall make a notation on the docket to that effect.

So ordered.

Dated: May 23, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE