IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ALFRED VINCENT AMBRIZ,** | 2:05-cv-1298 RRB EFB P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S REQUESTS FOR ADMISSIONS** |
| v. | |
| **SCOTT KERNAN, et al.,** | |
| Defendants. | |

Defendants Hill, Holmes, Kennedy and Kernan request an extension of time to respond to plaintiff's requests for admissions. The court finds defendants have established good cause. *See* Fed. R. Civ. P. 6(b).

IT IS HEREBY ORDERED that defendants have 30 days from the date of this order to serve responses to plaintiff's requests for admissions.

Dated: August 8, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S REQUESTS FOR ADMISSIONS