IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ALFRED VINCENT AMBRIZ,**<br><br>                              Plaintiff,<br><br>     v.<br><br>**SCOTT KERNAN, et al.,**<br><br>                              Defendants. | 2:05-CV-1298 RRB EFB P<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S INTERROGATORIES** |

Defendants Hill, Holmes, Kennedy and Kernan have requested an extension of time to respond to plaintiff's interrogatories. The court finds that defendants have established good cause. *See* Fed. R. Civ. P. 6(b).

IT IS HEREBY ORDERED that defendants' July 17, 2007, request is granted and defendants Hill, Holmes, Kennedy and Kernan shall serve responses to plaintiff's interrogatories within 30 days of the date of this order.

Dated: August 8, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE