IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALFRED VINCENT AMBRIZ,

      Plaintiff,                      No. CIV S-05-1298 RRB EFB P

      vs.

SCOTT KERNAN, et al.,

      Defendants.             <u>ORDER</u>

_____/

      Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. Defendants request an extension of time to file and serve an opposition to plaintiff's August 22, 2007, motion to compel. *See* Fed. R. Civ. P. 6(b).

      Defendants' September 6, 2007, request is granted and defendants have 30 days from the date this order is served to file and serve an opposition to plaintiff's motion to compel.

      So ordered.

Dated: September 27, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE