1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10    ALFRED VINCENT AMBRIZ,

11                Plaintiff,                    No. CIV S-05-1298 JAM EFB P

12        vs.

13    SCOTT KERNAN, et al.,

14                Defendants.                   ORDER

15    _____/

16           Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17    seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18    Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19           On February 10, 2009, the magistrate judge filed findings and recommendations

20    herein which were served on all parties and which contained notice to all parties that any

21    objections to the findings and recommendations were to be filed within fifteen days.  Neither

22    party has filed objections to the findings and recommendations.

23           The court has reviewed the file and finds the findings and recommendations to be

24    supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25    ORDERED that:

26    /////

                                                1

1. The findings and recommendations filed February 10, 2009, are adopted in full;

2. The November 16, 2007, motion for summary judgment filed on behalf of Holmes, Kennedy and Hill is granted;

3. Judgment is entered in their favor; and,

4. The Clerk is directed to close the case.

DATED: March 23, 2009

/s/ John A. Mendez

UNITED STATES DISTRICT JUDGE

/